# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 18-11792-BFK |
| Jean Jerome Ngando ) | |
| ) | Chapter 13 |
| Debtor | |

## NOTICE AND MOTION FOR VOLUNTARY DISMISSAL

COMES NOW the debtor, by counsel, and respectfully requests this Court to enter a voluntary dismissal in the above-referenced case. This case has not been previously converted under 11 U.S.C. §§706, 1112, or 1208.

WHEREFORE, the debtor requests the Court to grant him a voluntary dismissal.

By,

/s/Robert S. Brandt
The Law Office of Robert S Brandt
VSB# 46196
1513 King Street
Alexandria, VA 22314
703-342-7330
Counsel for Debtor

### Certificate of Service

I hereby certify that I caused a true copy of the foregoing Motion for Voluntary Dismissal to be served electronically this 6th day of July, 2018 to all creditors and Thomas P. Gorman, Chapter 13 Trustee.

/s/Robert S. Brandt